CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 20 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROY ALLEN THOMAS, JR., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAILROOM, et al., ) <br> Defendants. ) | Civil Action No. 7:05-CV-00242 <br><br> **MEMORANDUM OPINION AND ORDER** <br><br> By: Samuel G. Wilson <br> United States District Judge |

This matter is before the court on plaintiff Roy Allen Thomas' motion for a temporary restraining order and a preliminary injunction. Thomas, an inmate at Red Onion State Prison, claims that he witnessed a correctional officer make a knife and hide it, that officials have questioned him about the incident, and that he does not trust correctional officers. A district court should award preliminary injunctive relief sparingly and only when the party seeking relief has demonstrated actual, imminent, irreparable harm. Rum Creek Coal Sales, Inc. v. Caperton, 926 F.2d 353, 360 (4th Cir. 1991); Manning v. Hunt, 119 F.3d 254, 263 (4th Cir. 1997); Direx Israel, Ltd. v. Breakthrough Medical Group, 952 F.2d 802, 812 (4th Cir. 1991)(citation omitted). Thomas has failed to articulate what harm, if any, he faces due to the events he allegedly witnessed and due to officials' questioning him. Accordingly, it is **ORDERED** that Thomas's motion for a temporary restraining order and/or a preliminary injunction is **DENIED**.

The Clerk is directed to send certified copies of this order to the plaintiff and to counsel of record for the defendants, if known.

ENTER: This 20th day of January, 2006.

United States District Judge