CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 27 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROY ALLEN THOMAS, JR., )<br>    Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>MAILROOM, et al., )<br>    Defendants. ) | Civil Action No. 7:05-CV-00242<br><br>**FINAL ORDER ADOPTING REPORT**<br>**AND RECOMMENDATION**<br><br>By:   **Samuel G. Wilson**<br>        United States District Judge |

Roy Allen Thomas, Jr., brings this suit pursuant to 42 U.S.C. § 1983, claiming that the defendants used excessive force against him, were deliberately indifferent to his serious medical needs, interfered with his ability to communicate with his family and the courts, and refused to process his grievances. The defendants filed motions to dismiss, and the court referred the matter to United States Magistrate Judge Michael F. Urbanski pursuant to 28 U.S.C. 636(b)(1)(B) for a report and recommendation. The Magistrate Judge filed a report and recommendation, finding Thomas had failed to state a claim for which the court may grant relief and recommending dismissal. Thomas filed timely objections.

The court has reviewed the Magistrate Judge's report, pertinent portions of the record, and Thomas' objections, which are little more than a restatement of the allegations in his complaint and subsequent pleadings. It is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's report be **ADOPTED** in its entirety, that the defendants motion to dismiss be **GRANTED**, and that Thomas' suit be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order to the plaintiff and to counsel for the defendants.

ENTER: This 27th day of January, 2006.

                                                                UNITED STATES DISTRICT JUDGE